**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

DAVID N. TAYLOR,                                         Civil No. 05-833 (JRT/SRN)

        Petitioner,                                          **ORDER**

v.

LISA J.W. HOLLINGSWORTH,
Warden/CEO FCI-Sandstone

        Respondent.

---

David N. Taylor, #13682-045, FCI Sandstone, Post Office Box 1000, Sandstone, Minnesota 55072, *pro se* petitioner.

Joan D. Humes, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 1, 2005. No objections have been filed to that Report and Recommendation in the time period permitted, the Court hereby adopts the Report and Recommendation.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

This action is DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:   July 21, 2005
at Minneapolis, Minnesota

                                              s/John R. Tunheim
                                            JOHN R. TUNHEIM
                                          United States District Judge